**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIUS McCRAY,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL C. SANDERS, *et al.*,<br><br>   Defendants. | Civil Action No. 20-12370 (ZNQ) (LHG)<br><br>**ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss ("Motion") filed by Defendant Michael C. Sanders ("Defendant Sanders"). ("Motion," ECF No. 9.) Defendant Sanders filed a Brief in Support of the Motion. ("Moving Br.," ECF No. 9-2.) Plaintiff Julius McCray ("Plaintiff") opposed the Motion, ("Opp'n Br.," ECF No. 18), to which Defendant Sanders replied, ("Reply," ECF No. 19). The Court has carefully considered the parties' submissions, and for good cause shown,

**IT IS** on this **21st** day of **January 2022**,

**ORDERED** that the Complaint filed in this action is hereby DISMISSED without prejudice as to Defendant Michael C. Sanders.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**
