**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard, Nineteenth Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Defendant, American Equity Investment Life Insurance Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIUS McCRAY, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL C. SANDERS, CHET JONES, AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY, and JOHN DOES 1-10, et al., <br><br> Defendants. | Civil Action No. 3:20-cv-12370-FLW-ZNQ <br><br> **NOTICE OF APPEARANCE FOR JUSTINE A. MARTOLANO** |

**PLEASE TAKE NOTICE** that Justine A. Martolano, Esq., of Connell Foley LLP, hereby enters an appearance on behalf of Defendant, American Equity Investment Life Insurance Company, and requests that copies of all papers in this action be served upon the undersigned.

        **Connell Foley LLP**
        Attorneys for Defendant, American Equity
        Investment Life Insurance Company

        */s/ Justine A. Martolano*
By: _____
        Justine A. Martolano

Dated: May 18, 2022

6464314-1